USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FARKHOD SADULLOEV,

                Plaintiff,

    - against -

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------------X

24-CV-1540 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The parties have consented to my jurisdiction for all purposes.  The parties should be aware that I am insured for auto and home by State Farm.  I do not believe this will create any bias or appearance of bias.  However, the parties may make their own decision as to whether to proceed before me.  Accordingly, the parties shall meet and confer and by May 31, 2024, shall file a joint letter indicating whether the parties wish to proceed before me or prefer reassignment to another Magistrate Judge.  If either party objects to my presiding, then the case will be reassigned.  The parties' letter shall indicate only whether or not both parties agree to proceed before me; if the parties are not in agreement, the letter shall not indicate which party preferred which path forward.  I apologize for not raising this at the recent initial pretrial conference; it did not occur to me at the time.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: May 24, 2024
       New York, New York

Copies transmitted this date to all counsel of record.